# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIAMOND KENNEDY | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 19-2212 (RDM) |
| DYNAMIC-PRO, INC., et al. | ) |
| Defendants. | ) |

## PLAINTIFF'S UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS IN OPPOSITION TO SUMMARY JUDGMENT

Plaintiff, Diamond Kennedy, hereby moves the Court for leave to file a brief in excess of the forty-five (45) page limit provided for in Local Rule 7(e). Plaintiff seeks leave to file a memorandum of points and authorities in opposition to summary judgment that will not exceed sixty-five (65) pages. This enlargement of the page limit is necessary due to the dense factual nature of the case, especially the facts supporting Ms. Kennedy's claims for retaliation and denial of reasonable accommodation. Plaintiff submits that the sixty-five (65) page limit will permit her to make all necessary arguments and present all of the necessary facts to illustrate that summary judgment is not appropriate here.

Defendant has indicated that it does not oppose this Motion.

Date: July 2, 2021

Respectfully Submitted,

_____/s/ Sundeep Hora_____
Sundeep Hora
Savanna L. Shuntich
ALDERMAN, DEVORSETZ & HORA PLLC
1025 Connecticut Ave., NW, Suite 615
Washington, D.C. 20036
Tel. 202.969.8220

Fax 202.969.8224
E-mail: shora@adhlawfirm.com

**COUNSEL FOR PLAINTIFF**