# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIAMOND KENNEDY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Nos. |
| ) | 19-2212 (RDM), 19-2666 (RDM) |
| DYNAMIC-PRO, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT

Plaintiff Diamond Kennedy, by and through undersigned counsel, hereby files this Motion for Extension of Time to File Opposition to Defendant Department of Transportation's (hereinafter Defendant "DOT") Motion Summary Judgment Motion until July 7, 2021. In support of this Motion, Plaintiff states as follows:

1. Pursuant to the Court's June 14, 2021 Order, Plaintiff's Opposition to Summary Judgment is due July 6, 2021

2. Due to issues with Plaintiff's exhibits, Plaintiff requires one additional day to file her Opposition to Summary Judgment.

3. Due to the lateness of the hour Plaintiff sought but was unable to obtain consent from opposing counsel.

WHEREFORE, Plaintiff respectfully requests that the Court grant her Motion for Extension of Time to File Opposition to Summary Judgment for an additional day.

Date: July 6, 2021                                Respectfully Submitted,

                                                   _____/s/ Sundeep Hora_____

Sundeep Hora
Savanna L. Shuntich
ALDERMAN, DEVORSETZ & HORA PLLC
1025 Connecticut Ave., NW, Suite 615
Washington, D.C. 20036
Tel. 202.969.8220
Fax 202.969.8224
E-mail: shora@adhlawfirm.com

**COUNSEL FOR PLAINTIFF**