UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIAMOND KENNEDY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DYNAMIC-PRO, INC., et al.,<br><br>　　　　　Defendants. | Civil Action Nos.<br>19-2212 (RDM), 19-2666 (RDM) |

## **STIPULATION OF DISMISSAL**

Pursuant to the parties' settlement agreement in this matter, the parties to this action hereby stipulate to dismiss this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

By: _____/s/ Sundeep Hora_____
SUNDEEP HORA, DC Bar #472944
ALDERMAN, DEVORSETZ & HORA PLLC
1025 Connecticut Ave., NW, Suite 615
Washington, D.C. 20036
Tel. (202) 969-8220
Fax. (202) 969-8224
shora@adhlawfirm.com


*Attorneys for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/ Stephen DeGenaro_____
　　SIAN JONES, DC Bar # 1024062
　　STEPHEN DEGENARO, DC BAR #1047116
　　Assistant United States Attorneys
　　601 D Street, N.W.
　　Washington, D.C. 20530
　　(202) 252-2578 (Jones)
　　(202) 252-7229 (DeGenaro)
　　sian.jones@usdoj.gov
　　stephen.degenaro@usdoj.gov

*Attorneys for the United States of America*